UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAZEL D. BYRD,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-00180-KJD-CWH<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation (#15) of Magistrate Judge C.W. Hoffman, Jr. entered June 28, 2019, recommending that Plaintiff's Motion to Remand (#13) be denied and that Defendant's Cross-motion to Affirm (#14) be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#15) of the United States Magistrate Judge entered June 28, 2019, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#15) entered June 28, 2019, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (#13) is **DENIED**;

IT IS FURTHER ORDERED that Defendant's Cross-motion to Affirm (#14) is **GRANTED**;

///

///

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

DATED this 18th day of July 2019.

_____
The Honorable Kent J. Dawson
United States District Judge